# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LINDSEY BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-079 |
| JACK KOON, Warden; DR. FOGAM; and NURSE BARNES, | ) ) ) ) |
| Defendants. | ) ) |

## REPORT AND RECOMMENDATION

In its last Order the Court directed Lindsey Bell to file specific *in forma pauperis* forms in conjunction with his 42 U.S.C. § 1983 civil rights complaint. Doc. 3. It warned him that his "[f]ailure to comply with this order by April 30, 2011 shall result in the dismissal of plaintiffs case, without prejudice." *Id.* at 5. He has failed to respond.

Accordingly, his case should be **DISMISSED WITHOUT PREJUDICE** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709

F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  11th   of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA